is RSS WFCM 2018 C44, which is a name only a robot could like, versus 1442 Lexington Operating. All right, so Mr. Feynman, you've got 10 minutes, but you've reserved three minutes for rebuttal. So that gives you seven out of the gate. As we had indicated in our order, I think where we ought to start is on the jurisdictional issues. So I guess maybe the first question I would have is, since the guarantee claim was severed, is there any argument at all that there's a final judgment as to that claim? Good morning, Your Honor. Matthew Feynman for the appellant from the office of Stephen Cohen. Your Honor, our interpretation of the order and looking at the intent of the district court here was that it was intended to be a final order. For the guarantee claim? I mean, the guarantee claim has been severed, right? From the judgment on counts one, two, and three of the complaint. And looking at the judgment and order appealed from, the district court showed an intent for it to be final judgment by the language used in the judgment and order itself. But the judgment order doesn't address the guarantee claim, right? You've got the guarantors. It's a separate claim.  Am I wrong about that? That's correct, Your Honor. So there's no final order as to that claim, right? As to that claim, no. But under- So then how are the guarantors included in this appeal? I mean, they're among the appellants, but it's not clear to me how they could even attempt to argue that they have a final judgment. The guarantors, the way the complaint was pled, it was our understanding that they were all grouped. So to the extent that the guarantors are severed out, then what we would have would be a partial final judgment on counts one, two, and three of the- Well, then let's talk about that, because the final judgment issued by the district court then referred the matter to a magistrate judge to determine what the value of the foreclosure is, right? That is correct, Your Honor. But on the other hand, what we have is, in the order itself, it refers to the property, and then- It does refer to the property. But I mean, look, to be a final judgment, it doesn't even matter if the district court says this is a final judgment. It has to actually be a final judgment. And here, there's a reservation and referral to the magistrate judge for a calculation of the amount of the judgment, right? Yes, Your Honor. So I mean, that hasn't happened yet, has it? That has not. So what's that going to look like? Well, what we have is the counts one, two, and three of the complaint, which the court treated as mortgage foreclosure, security interest foreclosure, and a declaratory relief as to possession. That's what we are appealing from. No, I know what you're appealing. I'm saying, what does the magistrate judge still need to do before you can go forward with the foreclosure? It needs to apply the formula in the loan documents to determine the final amount owed. And- Right, but that, I mean, and is that, I mean, could I do that now? Is that something you could easily do right now? Or do you need, is it going to be contested and require additional information, documentation? We feel that the loan documents and what's been submitted is already- Okay, so what's the value? The amount is in the, it's, I don't have the exact amount owed. I could get it from the record. It's approximately 14 million plus interest, which has been running. So, I mean, so what is the purpose? I mean, I guess then I don't understand. What is the purpose of referring this to a magistrate judge if the number is readily ascertainable? Well, that's not clear to us, Your Honor. We felt that on our interests, the fact that it refers in the order itself to a court-ordered herein sale pursuant to Real Property Law 1351, that the order says granted final judgment, and the docket itself refers to the case having been terminated on the date of this order, December 2, 2021. So it was- I thought that most, that amount was disputed. Is that not correct? The amount was not disputed. What is disputed is the appellee's prudential standing to bring these claims. That's the basis of the appeal here. So the amount, our view is at most, if there was any dispute, we'd have two separate discrete final appealable orders. If there were one with regards to the right to bring the sale, and if there were any issues in the computation, but from this judgment itself, we felt that this creates a separate appealable order. Separate appealable order. I mean, it has to be a final order. You don't have, the amount has not been determined yet, right? The amounts have not, but the right, what this does is it gives an immediate right to possession and sale. Well, I mean, has it? I mean, is that taking place? It hasn't. Over a year later, there's been no activity on this. There's been no determination. We've been, so we are here lingering for- Why not? I guess, I don't think you'd have to linger if you just went to the magistrate judge and said, okay, let's resolve this. You need to calculate the amount of the judgment of foreclosure and sale, so we can now get going on the foreclosure. Well, your interest, your honor, it's in our interest. We feel that there's a legitimate prudential standing issue here, as far as the appellee's right to be the one bringing the foreclosure proceedings. Would you raise this? Where would you raise this? Would you raise it before the magistrate judge also? No, we would raise this before the district court, judge, your honor. But that's yet to be resolved? Well, our affirmative defense, which was based on the assignment by appellee of these loan documents being chamfered, and that affirmative defense was stricken and summary judgment was granted, so that is what we're appealing from. Okay, all right, but there's a referral to the magistrate judge, right? So why not just go to the magistrate judge and get the calculation that the judge, the district court, directed? What's preventing you from doing that? Nothing, your honor, except the concern that we didn't want to be on the other side here arguing that this order was a non-final order and potentially losing the ability to appeal from what is subsumed in this order, and having the other order be just a mathematics equation. Well, I mean, I guess that's the question. Is it a mathematics, I mean, it seems to me that there is a potential for dispute as to what the amount is, right? What the amount is owing. It's pursuant to the formula laid out in the loan documents. That hasn't been, it was not challenged. The formula, when you said the formula laid out in the loan documents, what do you mean? The amount of the principal balance of the loan. Right, but that's the calculation as to what has been paid to date, right? That's correct. So that's not just a simple mathematic calculation. That was gonna require the collection of facts to show what's been paid to date, what principal, what interest, and then the magistrate judge has to come up with a number. Right? Yes, your honor. I mean, is that gonna be disputed? You don't know. We don't anticipate any dispute there, no. All right, let me just see if my colleagues have any other questions related to that. Did any party move for a Rule 54B sort of partial final judgment here? No, your honor. All right, thank you. And there's no injunction here, right? There was an earlier grant of the appointment of a receiver and to the extent that there's an interlocutory issue here, this order would be continuing the, certainly the right of the receiver that's been appointed to stay. And it would have the practical effect of doing so. All right, but I mean, so has there been an injunction issued in this case? There has not been an injunction, but a receiver was appointed earlier on in connection. All right, so let's hear from your adversary, Mr. Mignardi. Did I say that right? You did. Mignardi? Mignardi, yes, thank you, that's right. All right, and you have three minutes for a bottomless definition. Thank you. Good morning, your honors. May it please the court, David V. Mignardi of Holland & Knight, LLP, attorneys for the appellee here. I'd first like to just address the jurisdictional issue, your honor. Under the New York's RPAPL, foreclosure actions are a bifurcated process in the sense that first there's a determination as to liability, and subsequently there's a determination as to damages. And our motion that was brought below essentially seeks summary judgment on the liability phase of these proceedings. We sought the summary judgment on the three counts of the complaint that are related to the foreclosure of the mortgage, severance of the guarantee claim, because we feel that it should be determined in connection with any deficiency, and a referral of the amount due and owing to the magistrate for computation. For that reason, the final, the judgment that the court issued is a final determination as to liability in the sense that- Yes, but that's not a final order, right? I mean, a final order has to resolve the entire case. So, clearly, I mean, liability doesn't do it. Correct, your honor, yes. So are you conceding that there's no final judgment here? I believe your honor is correct that there's not. The case law that the court cited in its order some of which do concern some older foreclosure matters say that- They're old, yeah, but the language is kind of right on point. Agreed, your honor, that even where liability is determined but there's a reference to a master for computation of the account, then that's just an interlocutory order. So it does appear that the appellants here rushed to the courthouse a bit too quickly. And so I guess the exception would be if this is a purely ministerial act, but it doesn't seem like it's a purely ministerial act. It seems like the calculation of the amount for the sale and foreclosure is something that's gonna require some back and forth and some additional facts, right? Yes, your honor, that is true. There are certain things that perhaps could be computed purely by looking at the interest formula and things like that in the loan documents, but then there's some other things that do require extraneous support. You know, for instance, if we're seeking the recovery of taxes that we would need to submit, you know, proof as to the payments that have been advanced, all those sorts of things. So there would be a required separate showing, a factual showing by the note holder that what is the amount owed. I know the appellant just mentioned that he doesn't anticipate that being dispute, but nevertheless, it is another step that would need to be taken before the ultimate final judgment, which would allow the property to be sold, can then be issued. So it appears that... But there's no fear that while we're here dithering that this property isn't gonna be sold out from under... No, your honor. No, as I mentioned, the damages phase would need to proceed, and then subsequently a judgment would be issued, which would then allow the note holder to take the steps to publish the notice of the property, and then ultimately then proceed with the actual consummation of the sale. So it is not something that the appellant should fear that would be happening while the court's determining this appeal. So, I mean, the December 2021 order of judgment does say that the note holder is granted final judgment as to foreclosure claims. I mean, is your view that that's sort of what it doesn't say but should say is as to liability? Yes, that it is as to liability. We submit that they can't, in connection with the forthcoming computation before the magistrate, then now re-litigate issues regarding standing or whether they defaulted. All those sorts of things have already been reserved and decided in connection with the prior phase of the prior liability phase of these proceedings. Sure, and that's not unusual. Courts do that all the time. They grant summary judgment on liability and then have an inquest on damages, and that's the box, in fact, that the magistrate, that was checked in the referral to the magistrate judge. Correct, yes, correct, Your Honor. Okay, and so what is it gonna take then, do you think, if we dismiss for lack of jurisdiction, the lack of finality, how long before that process works its way out? Well, Your Honor, I mean, obviously this appeal obviously sidetracked some things in the underlying action, but then subsequently the magistrate judge that was assigned to this case, Judge Freeman is no longer on the bench, so we're awaiting a reassignment of this matter to a new magistrate judge. So once that does happen, you know, plaintiff would, likely what would happen, Your Honor, is there'd be some sort of briefing schedule where a plaintiff would submit its proof in the form of documentary support. The appellants would have the ability to interpose objections thereto, and if the magistrate deems a hearing necessary, then a hearing would take place on the issue of damages. All right, but has there been any attempt to get that going, or has everybody taken the view that this appeal sort of stops it in its tracks? Well, initially, as I mentioned, Your Honor, this appeal obviously did, you know, the parties did try to settle this through the camp mediation program, and then subsequently the briefing happened, so that was obviously the focus of the parties, and I'm just speaking on behalf of the appellants here as well, but then subsequently there, we are awaiting reassignment to the new magistrate judge, so that's, you know, the issue on that timing. All right. If there's no further questions, Your Honor. No, all right, thank you very much, Mr. Mignardi. Mr. Feynman, you've got three minutes of rebuttal. If no further questions from the court, that would, I would rest on our papers for the day. Well, Mr. Mignardi basically conceded that there's no appellate jurisdiction here, that we don't have a final judgment, so are you prepared to concede the same thing, or not? If that is the ultimate determination, our, when we brought this appeal, our interpretation was that it was final, if there's a consent. Well, it says final, I mean, so you might be excused, but I think, you know, saying it's final and being final are not necessarily the same thing. It appears, I think that it's logical to conclude that the statement about this being a final judgment as to the foreclosure claims is really limited as to liability, and that there's now going to be an inquest on damages in which the magistrate judge will calculate the amount of the judgment of foreclosure and sale. So, that being the case, given the cases that we cited in our order prior to today, do you think there's really an argument that this is a final judgment? On the other side of that case law is the tranche of case law that says, in order for, that directs the immediate sale of a property is in all respects a final judgment, regardless of all else. So, to the extent that's not interpreted by this order because of the additional steps, then that's. Well, I mean, you're not suggesting that this property's being sold as we speak, right? It's, no, there's no, there's no sale process under. Nothing's gonna happen until the magistrate judge does the calculation, right? That's correct, Your Honor. Our one concern is this is a commercial building, there's tenants, and the order, we have tenants in place, directs service on everybody. So, there's a, to the extent there's rights in possession and receivership that are finally determined, to the extent there's separate, partial finality here, that's what we would look to. But otherwise, with regards to the sale, then yes, we are conceding that there still needs to be the additional steps taken. All right. Okay. All right, seeing no other questions, then we will reserve decision. Thank you both very much. Thank you. Thank you, Your Honor. Have a good day.